■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS CHAVERRA, Appellant. [772 NYS2d 549]—Appeals by the defendant from (1) a judgment of the Supreme Court, Queens County (Hollie, J.), rendered November 8, 2001, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fifth degree, and criminal possession of a controlled substance in the seventh degree under Indictment No. 11190/99, upon a jury verdict, and imposing sentence, and (2) an amended judgment of the same court, also rendered November 8, 2001, revoking a sentence of probation previously imposed by the same court (Cross, J.), upon a finding that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree under Superior Court Information No. 12102/98.

Ordered that the judgment and amended judgment are affirmed.

The defendant's contentions regarding the allegedly prejudicial comments made by the prosecutor in his summation are unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the prosecutor's remarks were proper in light of the evidence adduced at trial and as a response to the defense counsel's summation (*see People v Ashwal,* 39 NY2d 105 [1976]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Florio, Schmidt and Mastro, JJ., concur.